| | |
|---|---|
| 1  LOEB & LOEB LLP<br>    Karl E. Block (State Bar No. 112739)<br>2  Derrick Talerico (State Bar No. 223763)<br>    10100 Santa Monica Boulevard, Suite 2200<br>3  Los Angeles, California 90067-4120<br>    Telephone:    310-282-2000<br>4  Facsimile:    310-282-2200<br>    -and- | **FILED & ENTERED**<br><br>OCT 09 2008<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY kaaumoar DEPUTY CLERK |

5

6  LOEB & LOEB LLP
    William M. Hawkins, Esq.
    Daniel B. Besikof, Esq.
7  345 Park Avenue
    New York, New York 10154
8  Telephone:    212-407-4000
    Facsimile:    212-407-4990

9

    Counsel to THE OFFICIAL
10  COMMITTEE OF UNSECURED
    CREDITORS

11

12                    UNITED STATES BANKRUPTCY COURT

13                     CENTRAL DISTRICT OF CALIFORNIA

14                             LOS ANGELES DIVISION

| | | |
|---|---|---|
| 15 | In re | )  Case No. 2:08-13019-VZ<br>) |
| 16 | CENTERSTAGING MUSICAL<br>PRODUCTIONS, INC., | )  chapter 11<br>)<br>) |
| 17 | Debtor. | )  **ORDER DENYING WITHOUT**<br>)  **PREJUDICE FIRST INTERIM**<br>)  **APPLICATION OF LOEB & LOEB LLP,**<br>)  **AS COUNSEL FOR THE OFFICIAL**<br>)  **COMMITTEE OF UNSECURED**<br>)  **CREDITORS, FOR ALLOWANCE OF**<br>)  **FEES AND EXPENSES FOR THE**<br>)  **PERIOD FROM MARCH 19, 2008**<br>)  **THROUGH JULY 31, 2008**<br>)<br>)  Date: September 25, 2008<br>)  Time: 1:30 p.m.<br>)  Ctrm: 1345<br>)       Roybal Federal Building<br>)       255 E. Temple Street<br>)       Los Angeles, CA 90012 |

26

27          On August 29, 2008, Loeb & Loeb LLP, counsel to the Official Committee of

28  Creditors Holding Unsecured Claims in the above-captioned case, filed the First Interim

NY741755.2
212614-10001

1  Application of Loeb & Loeb LLP, as Counsel for the Official Committee of Unsecured Creditors,

2  for the Allowance of Fees and Expenses for the Period from March 19, 2008 through July 31,

3  2008 (the "Fee Application").  Having considered the Fee Application, as well as (i) the Debtor's

4  Objection to First Interim Application for Compensation and Reimbursement of Expenses filed by

5  Loeb & Loeb, LLP dated September 11, 2008, (ii) the United States Trustee's Objection to First

6  Interim Fee Application of Loeb & Loeb, Counsel to the Official Committee of Unsecured

7  Creditors dated September 15, 2008, (iii) Crescent International Ltd.'s and Bridgepointe Master

8  Fund Ltd.'s Limited Objections to First Interim Fee Applications of Loeb & Loeb, Lewis R.

9  Landau and Biggs & Co. dated September 11, 2008 and (iv) the Reply of Loeb & Loeb LLP to

10 Objections to the First Interim Application for Compensation and Reimbursement of Expenses by

11 Loeb & Loeb LLP:

12          **IT IS HEREBY ORDERED** that the Fee Application is denied, without prejudice,

13 as premature.

15 # # # # # #

23 DATED: October 9, 2008

24 _____
United States Bankruptcy Judge

NY741755.2
212614-10001

2

## DECLARATION OF SERVICE

1. I am a citizen of the United States, over the age of eighteen (18) years and not a party to the within action.

2. I am employed by the law firm of Loeb & Loeb LLP.

3. On the 29th day of September, 2008, I served the following document: **ORDER DENYING WITHOUT PREJUDICE FIRST INTERIM APPLICATION OF LOEB & LOEB LLP, AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM MARCH 19, 2008 THROUGH JULY 31, 2008** on the parties below by first class mail, with postage fully prepaid:

| | |
|---|---|
| Dare Law, Esq.<br>Office of US Trustee<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, California  90017 | Marc J. Winthrop, Esq.<br>Winthrop Couchot, P.C.<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, California  92600 |
| Lewis R. Landau, Esq.<br>Lewis R. Landau Attorney at Law<br>23564 Calabasas Rd Ste 104<br>Calabasas, California  91302 | Biggs & Co., Certified Public Accountants<br>2800 28th Street, Suite 300<br>Santa Monica, California  90405 |
| Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, New York  10022 | |

4. I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

September 29, 2008

/s/ Daniel B. Besikof
Daniel B. Besikof

NY741755.2
212614-10001

## SERVICE LIST FOR ENTERED ORDER

**Electronic Mail Notice List:**

| | |
|---|---|
| **Andrade Architects** | kda@andradearchitects.com |
| **J. Scott Bovitz** | bovitz@bovitz-spitzer.com |
| **Dan E. Chambers** | dchambers@rutan.com |
| **Lisa Chao** | Lisa.Chao@skadden.com |
| **David K. Eldan** | deldan@pmcos.com |
| **William B. Freeman** | bill.freeman@pillsburylaw.com |
| **Diane Gordon** | dgordon@troygould.com |
| **William Greene** | Sports2tor@earthlink.net |
| **Ileana Hernandez** | ihernandez@manatt.com |
| **Steven Hogan** | shogan@lurie-zepeda.com |
| **Ivan L. Kallick** | ikallick@manatt.com |
| **Lewis R. Landau** | lew@landaunet.com |
| **Dare Law** | Dare.law@usdoj.gov |
| **Gilbert Mikalian** | gmikalian@richardsonpatel.com |
| **Elissa Miller** | emiller@sulmeyerlaw.com |
| **Randall P. Mroczynski** | randym@cookseylaw.com |
| **Joseph T. Moldovan** | jmoldovan@morrisoncohen.com |
| **Sean A. O'Keefe** | sokeefe@winthropcouchot.com |
| **David M. Poitras** | dpoitras@jmbm.com |
| **Kurt Ramlo** | kurt.ramlo@skadden.com |
| **Charles Rosen** | CRosen@cbank.com |
| **Michael S. Rosenblum** | msr61@msn.com |
| **Paul Router** | paul@ravenpaul.com |
| **Allan D. Sarver** | ADSarver@aol.com |
| **Adam M. Starr** | starra@gtlaw.com |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov |
| **Gilbert B. Weisman** | notices@becket-lee.com |
| **Sharon Z. Weiss** | sweiss@richardsonpatel.com |
| **Marc Winthrop** | MWinthrop@Winthropcouchot.com |
| **David Wolff** | dwolff@masscot.net |
| **Jaspreet S. Mayall** | jmayall@certilmanbalin.com |
| **David L. Candaux** | DLCEMI@aol.com |
| **Jeffrey W. Dulberg, Esq.** | jdulberg@pszjlaw.com |

First Class Mail Notice List
None

NY741755.2
212614-10001