# EXHIBIT A

## Order Approving Loeb's Retention

Order Approving Loeb's Retention

1  LOEB & LOEB LLP
   Karl E. Block (State Bar No. 112739)
2  Derrick Talerico (State Bar No. 223763)
   10100 Santa Monica Boulevard, Suite 2200
3  Los Angeles, California 90067
   Telephone:   310-282-2000
4  Facsimile:   310-282-2200

5  -and-

6  LOEB & LOEB LLP
   William M. Hawkins, Esq.
7  Jason Blumberg, Esq.
   345 Park Avenue
8  New York, New York 10154
   Telephone:   212-407-4000
9  Facsimile:   212-407-4990

10 Counsel to THE OFFICIAL COMMITTEE
   OF UNSECURED CREDITORS

**FILED & ENTERED**

**MAY 09 2008**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Johnson   DEPUTY CLERK

11

12                UNITED STATES BANKRUPTCY COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                     LOS ANGELES DIVISION

15 In re                          )  Case No. 2:08-13019-VZ
                                  )
16 CENTERSTAGING MUSICAL          )  Chapter 11
   PRODUCTIONS, INC.,             )
17                                )  **ORDER GRANTING APPLICATION OF**
          Debtor.                 )  **THE OFFICIAL COMMITTEE OF**
18                                )  **UNSECURED CREDITORS TO EMPLOY**
                                  )  **LOEB & LOEB LLP AS ITS COUNSEL**
19                                )  **AS OF MARCH 19, 2008**
                                  )
20 _____)  Judge:   Hon. Vincent P. Zurzolo

21
                                     DATE:    [NO HEARING REQUIRED]
22                                   TIME:    [NO HEARING REQUIRED]
                                     PLACE:   Courtroom 1368
23                                            255 East Temple Street
24                                            Los Angeles, CA 90012

25      The Court has considered the application (the "Application") by the official committee of
26
   unsecured creditors (the "Committee") appointed in the bankruptcy case of CenterStaging Musical
27
   Productions, Inc. (the "Debtor") for authority to employ Loeb & Loeb LLP ("Loeb & Loeb") as its
28

Loeb & Loeb
A Limited Liability Partnership    NY718099.1
Including Professional             212614-10006
Corporations

1  general counsel as of March 19, 2008, and the declaration of disinterestedness of William M.
2  Hawkins submitted in connection therewith. It appears that Loeb & Loeb does not hold any
3  interest adverse to the Debtor or its estate and is disinterested as defined in 11 U.S.C. § 101(14)
4  and that the employment of Loeb & Loeb by the Committee is in the best interests of the estate.
5  Having found good case therefor and no opposition thereto, based on the declaration regarding
6  entry of order without hearing (docket no. 105), it is:
7
8  **ORDERED** that the Application is granted. The Committee is authorized to employ Loeb
9  & Loeb to act as its general counsel as of March 19, 2008, the extent, rate and amount of
10  compensation and reimbursement of expenses shall be paid as an administrative expense in such
11  amounts as the Court may hereafter allow, pursuant to 11 U.S.C. §§ 330 and 331 upon properly
12  submitted application(s) and orders thereon.

###

DATED: May 9, 2008

_____
United States Bankruptcy Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY718099.1
212614-10006

2

## DECLARATION OF SERVICE

1. I am a citizen of the United States, over the age of eighteen (18) years and not a party to the within action.

2. I am employed by the law firm of Loeb & Loeb LLP.

3. On the 5th day of May, 2008, I served the following document: **[PROPOSED] ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY LOEB & LOEB LLP AS ITS COUNSEL** on the US Trustee by United States First Class Mail, with postage fully prepaid, at:

Office of US Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

4. I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

May 5, 2008

                                /s/ Jason Blumberg
                                Jason Blumberg

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY718099.1
212614-10006

3

## SERVICE LIST FOR ENTERED ORDER

| Served Electronically | Served by U.S. Mail |
|---|---|
| Office of the US Trustee<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017<br><br>Lewis R. Landau<br>Attorney at Law<br>23564 Calabasas Road, Suite 104<br>Calabasas, CA 91302 | None. |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

NY718099.1
212614-10006

4