# EXHIBIT C

## Loeb's Fees by Category

| Category | Professional/ Paraprofessional | Aggregate Time Spent | Billing Rate | Total Value of Time Expended | Less 10% Discount |
|---|---|---|---|---|---|
| **Case Administration** | | | | | |
| | William M. Hawkins | 19.5 | $550 | $10,725.00 | $9,652.50 |
| | Karl E. Block | 1.8 | $550 | $990.00 | $891.00 |
| | Jason M. Blumberg | 34.1 | $475 | $16,197.50 | $14,577.75 |
| | Derrick M. Talerico | 5.3 | $450 | $2,385.00 | $2,146.50 |
| | Daniel B. Besikof | 34.5 | $425 | $14,662.50 | $13,196.25 |
| | Timothy Cummins | 0.2 | $280 | $56.00 | $50.40 |
| | Virginia Briseno | 0.3 | $260 | $78.00 | $70.20 |
| | Matthew J. Cursio | 15.7 | $210 | $3,297.00 | $2,967.30 |
| | Maureen Cloonan | 11.1 | $180 | $1,998.00 | $1,798.20 |
| | **Total:** | **122.5** | | **$50,389.00** | **$45,350.10** |
| **Asset Disposition** | | | | | |
| | John T. Frankenheimer | 4.2 | $775 | $3,255.00 | $2,929.50 |
| | William M. Hawkins | 79.8 | $550 | $43,890.00 | $39,501.00 |
| | Karl E. Block | 45.6 | $550 | $25,080.00 | $22,572.00 |
| | Jason M. Blumberg | 15.4 | $475 | $7,315.00 | $6,583.50 |
| | Joshua R. Hill | 1.8 | $475 | $85.00 | $769.50 |
| | Amy B. Ortner | 2.9 | $450 | $1,305.00 | $1,174.50 |
| | Derrick Talerico | 0.3 | $450 | $135.00 | $121.50 |
| | Daniel B. Besikof | 109.9 | $425 | $46,707.50 | $42,036.75 |
| | Maureen Cloonan | 23.0 | $180 | $4,140.00 | $3,726.00 |
| | **Total:** | **282.9** | | **$132,682.50** | **$119,414.25** |
| **Plan and Disclosure Statement** | N/A | | | | |
| **Meeting of Creditors; Communications with Creditors and the Committee** | | | | | |
| | William M. Hawkins | 39.4 | $550 | $21,670.00 | $19,503.00 |
| | Karl E. Block | 2.3 | $550 | $1,265.00 | $1,138.50 |
| | Jason M. Blumberg | 9.4 | $475 | $4,465.00 | $4,018.50 |
| | Derrick M. Talerico | 6.6 | $450 | $2,970.00 | $2,673.00 |
| | Daniel M. Besikof | 53.2 | $425 | $22,610.00 | $20,349.00 |
| | Matthew J. Cursio | 10.0 | $210 | $2,100.00 | $1,890.00 |
| | Maureen Cloonan | 0.6 | $180 | $108.00 | $97.20 |
| | **Total:** | **121.5** | | **$55,188.00** | **$49,669.20** |

| Litigation | | | | | |
|---|---|---|---|---|---|
| | William M. Hawkins | 124.7 | $550 | $68,585.00 | $61,726.50 |
| | Karl E. Block | 64 | $550 | $35,200.00 | $31,680.00 |
| | Jason M. Blumberg | 15.0 | $475 | $7,125.00 | $6,412.50 |
| | Joshua R. Hill | 10.6 | $475 | $5,035.00 | $4,531.50 |
| | Derrick M. Talerico | 0.5 | $450 | $225.00 | $202.50 |
| | Daniel B. Besikof | 156.1 | $425 | $66,342.50 | $59,708.25 |
| | Antoinette Pepper | 4.9 | $310 | $1,519.00 | $1,367.10 |
| | Gary L. Harris | 10.6 | $285 | $3,021.00 | $2,718.90 |
| | Timothy B. Cummins | 10.2 | $280 | $2,856.00 | $2,570.40 |
| | Matthew J. Cursio | 17.1 | $210 | $3,591.00 | $3,231.90 |
| | **Total:** | **413.7** | | **$193,499.50** | **$174,149.55** |
| **Financing** | | | | | |
| | William M. Hawkins | 33.6 | $550 | $18,480.00 | $16,632.00 |
| | Karl E. Block | 28.5 | $550 | $15,675.00 | $14,107.50 |
| | Jason M. Blumberg | 56.4 | $475 | $26,790.00 | $24,111.00 |
| | **Total:** | **118.5** | | **$60,945.00** | **$54,850.50** |
| **Fee/Employment Objections** | | | | | |
| | Walter H. Curchack | 2.0 | $825 | $1,650.00 | $1,485.00 |
| | William M. Hawkins | 1.5 | $550 | $825.00 | $742.00 |
| | Derrick Talerico | 0.5 | $450 | $225.00 | $202.50 |
| | Daniel B. Besikof | 13.7 | $425 | $5,822.50 | $5,240.25 |
| | Ava Schoellnast | 8.4 | $245 | $2,058.00 | $1,852.20 |
| | **Total:** | **26.1** | | **$10,580.50** | **$9,522.45** |
| **Fee/Employment Applications** | | | | | |
| | William M. Hawkins | 23.5 | $550 | $12,925.00 | $11,632.50 |
| | Karl E. Block | 7.6 | $550 | $4,180.00 | $3,762.00 |
| | Jason M. Blumberg | 26.2 | $475 | $12,445.00 | $11,200.50 |
| | Daniel B. Besikof | 100.5 | $425 | $42,712.50 | $38,441.25 |
| | Timothy B. Cummins | 1.3 | $280 | $364.00 | $327.60 |
| | Matthew J. Cursio | 14.7 | $210 | $3,087.00 | $2,778.30 |
| | Maureen Cloonan | 9.4 | $180 | $1,692.00 | $1,522.80 |
| | **Total:** | **183.2** | | **$77,405.50** | **$69,664.95** |

| Employee Benefits/Pension | N/A | | | | |
|---|---|---|---|---|---|
| **Business Operations** | | | | | |
| | William M. Hawkins | 4.1 | $550 | $2,255.00 | $2,029.50 |
| | Karl E. Block | 2.7 | $550 | $1,485.00 | $1,336.50 |
| | Jason M. Blumberg | 4.4 | $475 | $2,090.00 | $1,881.00 |
| | Amy B. Ortner | 2.8 | $450 | $1,260.00 | $1,134.00 |
| | Daniel B. Besikof | 11.4 | $425 | $4,845.00 | $4,360.50 |
| | Gary L. Harris | 8.9 | $285 | $2,536.50 | $2,282.85 |
| | Ava Schoellnast | 0.8 | $245 | $196.00 | $176.40 |
| | Maureen Cloonan | 0.1 | $180 | $18.00 | $16.20 |
| | **Total:** | **35.2** | | **$14,685.50** | **$13,216.95** |
| **Relief from Stay Proceedings** | | | | | |
| | William M. Hawkins | 0.3 | $550 | $165.00 | $148.50 |
| | Karl E. Block | 0.3 | $550 | $165.00 | $148.50 |
| | Jason M. Blumberg | 1.2 | $475 | $57.00 | $513.00 |
| | Daniel B. Besikof | 3.6 | $425 | $1,530.00 | $1,377.00 |
| | **Total:** | **5.4** | | **$2,430.10** | **$2,187.00** |
| **Claims Administration and Objections** | | | | | |
| | William M. Hawkins | 2.4 | $550 | $1,320.00 | $1,188.00 |
| | Karl E. Block | 13.0 | $550 | $7,150.00 | $6,435.00 |
| | Jason M. Blumberg | 14.2 | $475 | $6,745.00 | $6,070.50 |
| | Daniel B. Besikof | 14.8 | $425 | $6,290.00 | $5,661.00 |
| | Maureen Cloonan | 0.4 | $180 | $72.00 | $64.80 |
| | **Total:** | **44.8** | | **$21,577.00** | **$19,419.30** |
| **Asset Analysis and Recovery** | N/A | | | | |