LOEB & LOEB LLP
Derrick Talerico (State Bar No. 223763)
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Telephone:   310-282-2000
Facsimile:   310-282-2200

-and-

LOEB & LOEB LLP
William M. Hawkins, Esq.
Daniel B. Besikof, Esq.
345 Park Avenue
New York, New York 10154
Telephone:   212-407-4000
Facsimile:   212-407-4990

Counsel to THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

FILED & ENTERED

APR 28 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CENTERSTAGING MUSICAL PRODUCTIONS, INC.,<br><br>Debtor. | Case No. 2:08-13019-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING INTERIM FEE APPLICATIONS OF:**<br>　1.　**LEWIS R. LANDAU;**<br>　2.　**LOEB & LOEB, LLP;**<br>　3.　**BIGGS & CO.;**<br>　4.　**DAVID GOULD;**<br>　5.　**STANLEY H. SHURE**<br><br>Date: March 19, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 1368<br>　　　U.S. Bankruptcy Court<br>　　　255 E. Temple Street<br>　　　Los Angeles, California |

　　　1.　On March 19, 2009, at 1:30 p.m. the Court considered the applications for compensation and reimbursement of expenses filed by professionals employed in the CenterStaging Musical Productions, Inc. chapter 11 case as well as the examiner and his attorney. Appearances were made as noted on the record. The Court, having considered the moving and responsive papers, finding notice properly given and good cause therefore, hereby **ORDERS** as follows:

2. The applications are allowed on the terms set forth herein. Except for Biggs & Co. ("Biggs"), the following allowances represent 75% of requested fees, and 100% of the requested costs, based on the professionals' agreement to hold back 25% of requested fees without prejudice to requesting such held back amounts in subsequent applications. Other than Biggs (who is authorized to receive payment from a retainer), no payment is authorized on the allowances set forth herein and any payment on allowed fees and costs shall be subject to further Court order authorizing such payment.

3. The applications of Lewis R. Landau [docket nos. 355, 356] are allowed in the collective amount of $158,085 for fees and $2,228 for costs for the period through November 30, 2008.

4. The application of Loeb & Loeb LLP [docket no. 351] is allowed in the amount of $410,425.24 for fees and $23,216.32 for costs for the period through November 30, 2008.

5. The application of David Gould, examiner [docket no. 353], is allowed in the amount of $5,906 for fees for the period through December 9, 2008.

6. The application of Stanley Shure, insurance counsel to the examiner [docket no. 354], is allowed in the amount of $22,575 for fees and $450.22 for costs for the period through November 30, 2008.

7. The application of Biggs & Co. [docket no. 249] is allowed in the amount of $5,547.50 for fees and $78.91 for costs for the period through August 12, 2008.

**IT IS SO ORDERED**.

DATED: April 28, 2009

_____
####
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 345 Park Avenue, New York, New York 10154.

The foregoing document described **ORDER GRANTING INTERIM FEE APPLICATIONS OF: (1) LEWIS R. LANDAU; (2) LOEB & LOEB, LLP; (3) BIGGS & CO.; (4) DAVID GOULD; and (5) STANLEY H. SHURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 16, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 16, 2009 served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 16, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 16, 2009 | Daniel B. Besikof | /s/ Daniel B. Besikof |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    **F 9013-3.1**

NY774959.1

In re: CenterStaging Musical Productions, Inc.

CHAPTER 11

Debtor. | CASE NUMBER 2:08-13019-VZ

**E-Mail Service List (Category III):**

| | |
|---|---|
| Andrade Architects | kda@andradearchitects.com |
| J. Scott Bovitz | bovitz@bovitz-spitzer.com |
| Dan E. Chambers | dchambers@rutan.com |
| Lisa Chao | Lisa.Chao@skadden.com |
| David K. Eldan | deldan@pmcos.com |
| Diane Gordon | dgordon@troygould.com |
| William Greene | Sports2tor@earthlink.net |
| Ileana Hernandez | ihernandez@manatt.com |
| Ivan L. Kallick | ikallick@manatt.com |
| Lewis R. Landau | lew@landaunet.com |
| Dare Law | Dare.law@usdoj.gov |
| Jeffrey A. Krieger | jkrieger@ggfirm.com |
| Gilbert Mikalian | gmikalian@richardsonpatel.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Joseph T. Moldovan | jmoldovan@morrisoncohen.com |
| Sean A. O'Keefe | sokeefe@winthropcouchot.com |
| David M. Poitras | dpoitras@jmbm.com |
| Glenn Walter | glenn.walter@skadden.com |
| Charles Rosen | CRosen@cbank.com |
| Michael S. Rosenblum | msr61@msn.com |
| Paul Router | paul@ravenpaul.com |
| Allan D. Sarver | ADSarver@aol.com |
| Adam M. Starr | starra@gtlaw.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Gilbert B. Weisman | notices@becket-lee.com |
| Sharon Z. Weiss | sweiss@richardsonpatel.com |
| Marc Winthrop | MWinthrop@Winthropcouchot.com |
| David Wolff | dwolff@masscot.net |
| Jaspreet S. Mayall | jmayall@certilmanbalin.com |
| David L. Candaux | DLCEMI@aol.com |
| Andrew K. Alper | aalper@frandzel.com |
| Garrick A. Hollander | jmartinez@winthropcouchot.com; vcorbin@winthropcouchot.com |
| Lisa M. Moore | Lisa.moore2@nationalcity.com |
| Joseph Caceres | jec@locs.com |
| Susan L. Vaage | svaage@grahamvaagelaw.com |
| David Gould | dgould@davidgouldlaw.com |
| James C. Bastian, Jr | jbastian@shbllp.com |
| Ofer M. Grossman | ogrossman@glassgoldberg.com |
| Randall P. Mroczynski | randym@cookseylaw.com |
| Stanley H. Shure | sshure@shurelaw.com |
| Adam Reich | AReich@GreystonePE.com |
| Michael R. Williams | mwilliams@faw-law.com |
| Samuel Biggs | sbiggs@biggsco.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

NY774959.1

| In re: CenterStaging Musical Productions, Inc. | | CHAPTER 11 |
|---|---|---|
| | Debtor. | CASE NUMBER 2:08-13019-VZ |

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING EX PARTE MOTION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR ORDER APPROVING PRIVATE SALE TO WIRELESS FIRST, INC.** was entered on the date indicated as "Entered" on the first page of this judgment and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.

As of April 16, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below.

| | |
|---|---|
| Andrew K Alper | aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com |
| James C Bastian | jbastian@shbllp.com |
| J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Joseph Caceres | jec@locs.com, generalbox@locs.com |
| Dan E Chambers | dchambers@rutan.com |
| Jeffrey W Dulberg | jdulberg@pszjlaw.com |
| David K Eldan | malvarado@pmcos.com |
| David Gould | dgould@davidgouldlaw |
| Ofer M Grossman | ogrossman@glassgoldberg.com |
| Garrick A Hollander | jmartinez@winthropcouchot.com |
| Ivan L Kallick | ikallick@manatt.com, ihernandez@manatt.com |
| Stuart I Koenig | Skoenig@cmkllp.com |
| Jeffrey A. Krieger | jkrieger@ggfirm.com |
| Lewis R Landau | lew@landaunet.com |
| Dare Law | dare.law@usdoj.gov |
| Charles Liu | cliu@winthropcouchot.com |
| Gilbert Mikalian | gmikalian@richardsonpatel.com |
| Elissa Miller | emiller@sulmeyerlaw.com |
| Lisa M Moore | lisa.moore2@nationalcity.com |
| Randall P Mroczynski | randym@cookseylaw.com |
| David M Poitras | dpoitras@jmbm.com |
| Kurt Ramlo | kramlo@skadden.com |
| Allan D Sarver | ADSarver@aol.com |
| Scott A Schiff | sas@soukup-schiff.com |
| Mark A Serlin | mserlin@globelaw.com |
| Adam M Starr | starra@gtlaw.com |
| Derrick Talerico | dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Susan L Vaage | svaage@grahamvaagelaw.com |
| Gilbert B Weisman | notices@becket-lee.com |
| Sharon Z Weiss | sweiss@richardsonpatel.com |
| Michael R. Williams | mwilliams@faw-law.com |
| Marc J Winthrop | pj@winthropcouchot.com |

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

NY774959.1

**F 9021-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Samuel Biggs

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

NY774959.1

**F 9021-1.1**

American LegalNet, Inc.
www.FormsWorkflow.com