ORIGINAL

LARRY W. GABRIEL [SBN 68329]
DANIEL J. MULLIGAN [SBN 103129]
THOMAS A. JENKINS [SBN 92213]
**JENKINS MULLIGAN & GABRIEL, LLP**
74-770 Highway 111, Suite 201
Indian Wells, CA 92210
Tel: 818-943-8992
Email: lgabriel@jmglawoffices.com
Email: dan@jmglawoffices.com

THOMAS J. MCDERMOTT, JR. [SBN 29273]
LAW OFFICES OF THOMAS J. MCDERMOTT, JR.
74-770 Highway 111, Suite 201
Indian Wells, CA 92210
Tel: 760-779-5800
Fax: 760-779-5882
Email: tmcdermott@mcdelaw.com

Attorneys for David Gould, Chapter 11 Examiner
CenterStaging Musical Productions, Inc.

FILED JAN 26 2010 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

ENTERED JAN 28 2010 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

LODGED JAN 25 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

CENTERSTAGING MUSICAL PRODUCTIONS, INC.,

Debtor.

**Later Case**:

In re

HOWARD M. LIVINGSTON AND KATHLEEN M. LIVINGSTON,

Debtors.

) Related Low Number:
) Case No. 2:08-bk-13019-VZ
) Chapter 11
)
) **[PROPOSED] ORDER RE:**
)
) **MOTION FOR REASSIGNMENT OF**
) **RELATED CASES BY CHAPTER 11**
) **EXAMINER DAVID GOULD**
)
) Hearing Date: January 19, 2010
) Time: 11:00 a.m.
) Place: Courtroom 1368
)         U.S. Bankruptcy Court
)         255 E. Temple Street
)         Los Angeles, CA 90012
)
) Later Related Case No. 1:08-bk-17784-GM
)
) [Chapter 7]

1

| | |
|---|---|
| **Later Case**:<br><br>In re<br><br>ROGER F. PAGLIA<br><br>Debtor. | Later Related Case No. 1:08-bk-17973-GM<br><br>[Chapter 7] |
| **Later Case**:<br><br>In re<br><br>Jan Paul Parent and Kristen Sue Parent<br><br>Debtors. | Later Related Case No. 1:08-bk-15793-GM<br><br>[Chapter 7] |
| **Later Case**:<br><br>In re<br><br>JOHN GUTHRIE CASWELL AND LAURA JANE CASWELL<br><br>Debtors. | Later Related Case No. 1:09-bk-19489-GM<br><br>[Chapter 7] |

This cause coming for hearing on the Motion of David Gould, the duly court appointed Examiner for the estate of CenterStaging Musical Productions, Inc. ("CMPI") for reassignment of the Chapter 7 cases of Howard M. Livingston and Kathleen Livingston, Case No. 1:08-bk-17784-GM; Roger F. Paglia, Case No. 1:08-bk-17973-GM; Jan Paul Parent and Kristen Sue Parent, Case No.: 1:08-bk-15793-GM; and John Guthrie Caswell and Laura Jane Caswell, Case No.: 1:09-19489-GM (collectively the "Individual Debtors") from the Honorable Geraldine Mund to the Honorable Vincent Zurzolo and the Court, having considered the Motion, the Individual Debtors' oppositions and the Examiner's reply and evidentiary objections, and after argument of counsel, and being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Examiner's evidentiary objections to the declarations of Howard Livingston, Roger Paglia, and Jack Mott are overruled.

2. The Motion is conditionally granted in part, and denied in part, as set forth below.

3. Except as set forth in paragraph 4 below, each of the Individual Debtor Chapter 7 bankruptcy cases, Howard M. Livingston and Kathleen Livingston, Case No. 1:08-bk-17784-GM; Roger F. Paglia, Case No. 1:08-bk-17973-GM; Jan Paul Parent and Kristen Sue Parent, Case No.: 1:08-bk-15793-GM; and John Guthrie Caswell and Laura Jane Caswell, Case No.: 1:09-19489-GM (collectively the "Individual Debtors cases") shall continue to be administered by the assigned judge, the Honorable Geraldine Mund;

4. The adversary proceedings filed by the Examiner in the cases of Howard M. Livingston and Kathleen Livingston, Adversary Case No. 1:09-ap-01209GM; Roger F. Paglia, Adversary Case No. 1:09-ap-01208 GM; Jan Paul Parent and Kristen Sue Parent, Adversary Case No. 1:09-ap-01207GM (collectively the "Examiner Non-Discharge Actions") shall be reassigned to this Court, the Honorable Vincent Zurzolo, to be administered as adversary actions that are related to the estate of CMPI and the Examiner's forthcoming D&O Adversary Action to be filed in the CMPI estate, ONLY IF AND AFTER Judge Mund enters orders denying debtors Howard Livingston's, Roger Paglia's, and Jan Parent's pending motions to dismiss the Examiner Non-Discharge Actions, which motions are now scheduled to be heard by Judge Mund on February 3, 2010.

January __, 2010

_____
THE HONORABLE VINCENT P. ZURZOLO
UNITED STATES BANKRUPTCY JUDGE

3

| In re: | CHAPTER 11 |
|---|---|
| CENTERSTAGING MUSICAL PRODUCTIONS, INC.                     Debtor(s). | CASE NUMBER 2:08-bk-13019-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **ORDER RE: MOTION FOR REASSIGNMENT OF RELATED CASES BY CHAPTER 11 EXAMINER DAVID GOULD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 15, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

<u>Served Via U.S. Mail</u>

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

Office of the United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 15, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 22, 2010 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>CENTERSTAGING MUSICAL PRODUCTIONS, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:08-bk-13019-GM |
|---|---|

### III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL

Served Via Email:

- Andrew K Alper — aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kathryn T Anderson — kanderson@rutan.com
- James C Bastian — jbastian@shbllp.com
- J Scott Bovitz — bovitz@bovitz-spitzer.com
- Joseph Caceres — jec@locs.com, generalbox@locs.com
- Dan E Chambers — dchambers@jmbm.com
- Emily R Culler — eculler@omm.com
- David K Eldan — malvarado@pmcos.com
- David Gould — dgould@davidgouldlaw.com
- Ofer M Grossman — omglaw@gmail.com
- Garrick A Hollander — jmartinez@winthropcouchot.com
- Ivan L Kallick — ikallick@manatt.com, ihernandez@manatt.com
- Stuart I Koenig — Skoenig@cmkllp.com
- Jeffrey A Krieger — jkrieger@ggfirm.com
- Lewis R Landau — lew@landaunet.com
- Dare Law — dare.law@usdoj.gov
- Adam A Lewis — alewis@mofo.com
- Charles Liu — cliu@winthropcouchot.com
- Elissa Miller — emiller@sulmeyerlaw.com
- Joseph T Moldovan — bankruptcy@morrisoncohen.com
- Lisa M Moore — lisa.moore2@nationalcity.com
- Randall P Mroczynski — randym@cookseylaw.com
- David M Poitras — dpoitras@jmbm.com
- Kurt Ramlo — kramlo@skadden.com
- Allan D Sarver — ADSarver@aol.com
- Scott A Schiff — sas@soukup-schiff.com
- Mark A Serlin — mserlin@globelaw.com
- Adam M Starr — starra@gtlaw.com
- Derrick Talerico — dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- Susan L Vaage — svaage@grahamvaagelaw.com
- Gilbert B Weisman — notices@becket-lee.com
- Sharon Z Weiss — sweiss@richardsonpatel.com
- Michael R Williams — mwilliams@faw-law.com, wmills@faw-law.com
- Marc J Winthrop — pj@winthropcouchot.com

| In re:                                  | CHAPTER 11                       |
|-----------------------------------------|----------------------------------|
| CENTERSTAGING MUSICAL PRODUCTIONS, INC. |                                  |
|                              Debtor(s). | CASE NUMBER 2:08-bk-13019-GM     |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER RE: MOTION FOR REASSIGNMENT OF RELATED CASES BY CHAPTER 11 EXAMINER DAVID GOULD** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 22, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Andrew K Alper    aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Kathryn T Anderson    kanderson@rutan.com
- James C Bastian    jbastian@shbllp.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Joseph Caceres    jec@locs.com, generalbox@locs.com
- Dan E Chambers    dchambers@jmbm.com
- Emily R Culler    eculler@omm.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- David K Eldan    malvarado@pmcos.com
- David Gould    dgould@davidgouldlaw.com
- Ofer M Grossman    omglaw@gmail.com
- Garrick A Hollander    jmartinez@winthropcouchot.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Katherine Kane    kkane@kanelaw.com
- Stuart I Koenig    Skoenig@cmkllp.com
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Lewis R Landau    lew@landaunet.com
- Dare Law    dare.law@usdoj.gov
- Adam A Lewis    alewis@mofo.com
- Charles Liu    cliu@winthropcouchot.com
- Gilbert Mikalian    gmikalian@richardsonpatel.com
- Elissa Miller    emiller@sulmeyerlaw.com
- Joseph T Moldovan    bankruptcy@morrisoncohen.com
- Lisa M Moore    lisa.moore2@nationalcity.com
- Randall P Mroczynski    randym@cookseylaw.com
- David M Poitras    dpoitras@jmbm.com
- Kurt Ramlo    kramlo@skadden.com
- Allan D Sarver    ADSarver@aol.com

- Scott A Schiff    sas@soukup-schiff.com
- Mark A Serlin    mserlin@globelaw.com
- Adam M Starr    starra@gtlaw.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Susan L Vaage    svaage@grahamvaagelaw.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sweiss@richardsonpatel.com
- Michael R Williams    mwilliams@faw-law.com, wmills@faw-law.com
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**VIA U.S. MAIL**

| | |
|---|---|
| Attorneys for David Gould, Chapter 11 Examiner<br>CenterStaging Musical Productions, Inc.<br>Larry W. Gabriel, Esq.<br>JENKINS MULLIGAN & GABRIEL, LLP<br>74-770 Highway 111, Suite 201<br>Indian Wells, CA 92210 | |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below: